01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 UNITED STATES OF AMERICA, )
) CASE NO. CR 12-5152
09      Plaintiff, )
)
10   v. )
) DETENTION ORDER
11 JONATHAN G. APARICIO, )
)
12      Defendant. )
_____ )
13

14 <u>Offense charged</u>:      Driving Under the Influence; Driving While License Suspended in the

15 Third Degree

16 <u>Date of Detention Hearing</u>:    July 10, 2012.

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions which defendant can meet will reasonably

20 assure the appearance of defendant as required and the safety of other persons and the

21 community.

22 / / /

DETENTION ORDER
PAGE -1

01       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02       1.     Defendant is reportedly not a citizen of the United States.

03       2.     The United States alleges that his presence in this country is illegal.   There is an

04 immigration detainer pending against him.  The issue of detention in this case is therefore

05 essentially moot, as the defendant would be released to immigration custody if not detained in

06 this case.

07       3.     Defendant and his counsel offer no opposition to entry of an order of detention.

08       4.     There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the

10 danger to other persons or the community.

11 It is therefore ORDERED:

12    1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

13        General for confinement in a correction facility separate, to the extent practicable, from

14        persons awaiting or serving sentences or being held in custody pending appeal;

15    2.  Defendant shall be afforded reasonable opportunity for private consultation with

16        counsel;

17    3.  On order of the United States or on request of an attorney for the Government, the

18        person in charge of the corrections facility in which defendant is confined shall deliver

19        the defendant to a United States Marshal for the purpose of an appearance in connection

20        with a court proceeding; and

21    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22        for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE -2

01    Officer.

02    DATED this 10th day of July, 2012.

03

04    _____
      Mary Alice Theiler
05    United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3